```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                                COUNSEL/PARTIES OF RECORD

                          AUG 0 5 2025

                       CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE LUIS RUIZ-GUTIERREZ,
   aka "Jose Gutierrez-Ruiz,"
   aka "Jose Luis Ruiz,"
   aka "Jose Gutierrez,"

    Defendant.

Case No. 2:25-mj-00579-BNW

**Order Directing Probation to Prepare a Criminal History Report [Proposed]**

    Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

    IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

    DATED this 5th day of August, 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE