RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jose Luis Ruiz-Gutierrez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JOSE LUIS RUIZ-GUTIERREZ,<br><br>             Defendant. | Case No. 2:25-mj-00579-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jose Luis Ruiz-Gutierrez, that the Preliminary Hearing currently scheduled on November 17, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties have entered negotiations and need the additional time to resolve this matter.

　　　2.　　Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 28th day of October, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Clay Plummer<br>CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSE LUIS RUIZ-GUTIERREZ,<br><br>      Defendant. | Case No. 2:25-mj-00579-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 17, 2025 at the hour of 4:00 p.m., be vacated and continued to **February 17, 2026, at 4:00 p.m.**

    DATED this 29th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE