RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Luis Ruiz-Gutierrez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Luis Ruiz-Gutierrez, that the Preliminary Hearing currently scheduled on May 19, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than June 23, 2026.

This Stipulation is entered into for the following reasons:

1. Mr. Ruiz-Gutierrez has entered into a plea agreement with the government. His fast track change of plea and sentencing is currently scheduled for June 23, 2026, at 8:30 a.m.

The requested continuance will permit time for the hearing to be held and thereby obviate the need for the preliminary hearing scheduled before this Court.

2.     Defendant is incarcerated and does not object to a continuance.

3.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 12th day of March 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States


By */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 19, 2026 at the hour of 4:00 p.m., be vacated and continued to June 25, 2026, at 4:00 p.m.

DATED this 12th day of March 2026.

_____

UNITED STATES MAGISTRATE JUDGE