RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Luis Ruiz-Gutierrez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Fourth Request) |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Luis Ruiz-Gutierrez, that the Preliminary Hearing currently scheduled on June 25, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Parties have negotiated this case but additional time is needed for the plea and sentencing hearings to be held.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the preliminary hearing.

DATED this 4th day of June, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United
States

By */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 25, 2026 at 4:00 p.m., be vacated and continued to August 25, 2026, at 4:00 p.m.

DATED this 5th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3